DAVID BARRON, ESQ.
Nevada Bar No. 142
CHELSEA PYASETSKYY, ESQ.
Nevada Bar No. 11688
BARRON & PRUITT, LLP
3890 West Ann Rd.
North Las Vegas, Nevada 89031
Telephone: 702-870-3940
Facsimile:  702-870-3950
dbarron@lvnvlaw.com
cpyasetskyy@lvnvlaw.com

RYAN CORKERY, ESQ
*Pro hac vice*
Pennsylvania Bar No. 200570
ANSA ASSUNCAO LLP
1600 JFK Boulevard
Four Penn Center, Suite 900
Philadelphia, PA  19103
Telephone: 267-528-0733
Facsimile: 267-528-0726
Ryan.Corkery@ansalaw.com

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

\*\*\*

| | |
|---|---|
| ROBIN BAKER, individually and as heir, personal representative and on behalf of the Estate of DARRIN BAKER, deceased,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD UNDERWRITERS INSURANCE COMPANY, a Connecticut corporation; MRW GROUP, INC., a New York Domestic Business Corporation; RON RUGOLO, individually; DOES I-XV, inclusive and ROE BUSINESS ENTITIES I-XV, inclusive,<br><br>Defendants. | Case No.: 2:09-cv-01298-RLH-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED, by and between the parties hereto, through their respective counsel of record, that the above-entitled matter may be dismissed, with prejudice, each party to bear its own costs and fees.

| BENSON, BERTOLDO, BAKER & CARTER, CHTD. | BARRON & PRUITT, LLP |
|---|---|
| *(signature)* | *(signature)* |
| Robert S. Cardenas, Esq.<br>Nevada Bar No. 7301<br>7408 West Sahara Avenue<br>Las Vegas, Nevada 89117<br>Tel: (702) 228-2600<br>Fax: (702) 228-2333<br>*Counsel for Plaintiff Baker* | David Barron, Esq.<br>Nevada Bar No. 142<br>Chelsea Pyasetskyy, Esq.<br>Nevada Bar No. 11688<br>3890 West Ann Road<br>North Las Vegas, Nevada 89031<br>Tel: (702) 870-3940<br>Fax: (702) 870-3950<br><br>Ryan Corkery, Esq.<br>Pennsylvania Bar No. 200570<br>ANSA ASSUNCAO LLP<br>1600 JFK Boulevard<br>Four Penn Center, Suite 900<br>Philadelphia, PA 19103<br>Telephone: 267-528-0733<br>Facsimile: 267-528-0726<br>*Counsel for Defendants* |

**IT IS SO ORDERED**

Dated this 1st day of December, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE

Submitted by:

BARRON & PRUITT, LLP

_____
David Barron, Esq.
Nevada Bar No. 142
Chelsea Pyasetskyy, Esq.
Nevada Bar No. 11688
3890 West Ann Road
North Las Vegas, Nevada 89031
Tel: (702) 870-3940
Fax: (702) 870-3950

Ryan Corkery, Esq.
Pennsylvania Bar No. 200570
ANSA ASSUNCAO LLP
1600 JFK Boulevard
Four Penn Center, Suite 900
Philadelphia, PA  19103
Telephone: 267-528-0733
Facsimile: 267-528-0726
*Counsel for Defendants*